

# LGR LAW, LLC
**FEDERAL CRIMINAL DEFENSE**

NEW JERSEY OFFICE  
6 POMPTON AVENUE, SUITE 25  
CEDAR GROVE, NJ 07009  
(973) 239-4300

NEW YORK OFFICE  
347 5TH AVENUE, SUITE 1402  
NEW YORK, NY 10016  
(646) 205-2259

LORRAINE@LGRLAWGROUP.COM  
WWW.LGAULIRUFO.COM  
FAX: (973) 239-4310

May 9, 2024

*Via ECF*  
Honorable Kenneth M. Karas  
District Court Judge  
300 Quarropas Street  
Chambers 533  
White Plains, Ny 10601-4150

Re:   *USA v. Sampson, et al. (Coleridge Lewter)*  
      7:22-CR-00640 (KMK)

Dear Judge Karas:

As CJA counsel to Coleridge Lewter, a defendant in the above action, I respectfully request the Court appoint, Hannah Eaves, Esq., as an associate pursuant to the Criminal Justice Act 18 U.S.C. § 3006A, to assist me in this matter. In particular, she should assist conducting legal research, drafting motions in preparation for trial and sitting at counsel table during trial. I request that Ms. Eaves be authorized to work up to 50 hours at a rate of $100 per hour, a standard rate for associates appointed under the Act.

Ms. Eaves is an associate in my office, who has assisted me in other CJA matters. I believe having a second attorney on the case to assist in trial preparation, motions, reviewing evidence and research would be cost effective.

Your Honor's consideration of this request is greatly appreciated.

Granted.  
So Ordered  
KMK  
5/10/24

Respectfully submitted,

Lorraine Gauli-Rufo, Esq.  
Attorney for Coleridge Lewter