UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                        Plaintiff,                   **MEMORANDUM**

        -against-                             22 Cr. 640 (KMK)

COLERIDGE LEWTER,

                       Defendant.
----------------------------------------------------------------X

TO:  <u>Kenneth M. Karas, United States District Judge</u>:

       Please find attached a transcript of the April 17, 2025 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: May 12, 2025
          White Plains, New York

                                                    Respectfully Submitted,

                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge