# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

August 25, 2025

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

      Re: *United States v. Coleridge Lewter*, 22 Cr. 640 (KMK)

Dear Judge Karas,

    I represent Mr. Lewter in the above-captioned matter. I respectfully request a 90-day adjournment of sentencing presently scheduled for September 11, 2025. The government consents to this request. This is the first request for an adjournment of sentencing.

    In connection with sentencing in this matter, the defense has requested records from several sources, both public and private entities. Many of the document requests are still outstanding and are necessary to assist the defense in its submission. Additionally, the defendant's expert is still in the process of preparing an evaluation and report to aid sentencing. The defense estimates that the report will be completed within the 90 days. As such, it respectfully request a 90-day adjournment of sentencing.

    I thank the Court in advance for its consideration of this matter.

Sincerely,

Daniel A. McGuinness

Granted. Sentence is adjourned to
12/ 11 /25, at 11:00

So Ordered.
8/26/25