# LAW OFFICES OF
# DANIEL A. McGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

December 1, 2025

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

Re: *United States v. Coleridge Lewter*, 22 Cr. 640 (KMK)

Dear Judge Karas,

I represent Mr. Lewter in the above-captioned matter. I respectfully request a 60-day adjournment of sentencing presently scheduled for December 11, 2025. The government consents to this request. This is the second request for an adjournment of sentencing.

I am scheduled to begin trial on December 2, 2025 before Judge Rakoff in *United States v. Carl Erik Rinsch*, 25-cr-85. The trial is estimated to take two weeks. Additionally, there remains outstanding requests for defense records that will assist the defense presentation, including the defense's expert submission. As such, I respectfully request a 60-day adjournment of sentencing.

I thank the Court in advance for its consideration of this matter.

Granted.

So Ordered.

12/3/25

Sincerely,

Daniel A. McGuinness