# LAW OFFICES OF
# DANIEL A. MCGUINNESS, P.C.

353 LEXINGTON AVE., SUITE 900, NEW YORK, NY 10016
TEL: (646) 360-0436 · FAX (888) 679-0585 · DAN@LEGALMCG.COM

January 26, 2025

**VIA ECF**

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, NY 10601

### Re: *United States v. Coleridge Lewter*, 22 Cr. 640 (KMK)

Dear Judge Karas,

I represent Mr. Lewter in the above-captioned matter. I respectfully request a 30-day adjournment of sentencing presently scheduled for February 10, 2026. The government consents to this request. This is the third request for an adjournment of sentencing.

There remains outstanding requests for defense records that will assist the defense presentation, including the defense's expert submission. I anticipate these materials will aid the Court in fashioning a sentence that is sufficient but not greater than necessary. As such, I respectfully request a 30-day adjournment of sentencing.

I thank the Court in advance for its consideration of this matter.

Granted. Sentence is adjourned to
4/ 2 /26, at 10:.00

So Ordered.

1/26/26

Sincerely,

Daniel A. McGuinness